UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY BAGWELL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-00216** |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION: "I" (4)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Chief Magistrate Judge's Report and Recommendation, and finding that, as of this date, no objections to the Report and Recommendation has been filed, hereby approves the Chief Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Wendy Bagwell's claim for Disability Insurance Benefits is **AFFIRMED**.

New Orleans, Louisiana, this 28th day of June, 2018.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**